# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-3198-DMG (PJW) | Date | May 3, 2013 |
|---|---|---|---|
| Title | *Nadine Hays v. Transportation Security Administration, et al.* | | |

| Present: The Honorable | Patrick J. Walsh, U.S. Magistrate Judge |
|---|---|

| Celia Anglon-Reed | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   Plaintiff's Filings Related to Report and Recommendation (Doc. Nos. 224-27)

The Court has received and filed Plaintiff's four filings in response to the Report and Recommendation. (Doc. Nos. 224-27.) This case is still in the complaint stage yet we have reached more than 225 documents on the docket sheet. Plaintiff is instructed not to file any more pleadings with the Court until the district judge has issued an order relating to a Final Report and Recommendation by the magistrate judge. Should she violate this order, the clerk is instructed to present the pleadings to the magistrate judge before they are filed.

cc:
Nadine Hays
370 Highland Hills Drive
Camarillo, California 93010

Roger Steinbeck, Ashley M. Heggi, & Rodolfo Ruiz
Vanderford & Ruiz LLP
221 East Walnut Street, Suite 106
Pasadena, California 91101

Carol Ann Humiston
Burbank City Attorney's Office
275 East Olive Avenue
Burbank, California 91502

Thomas Buck
Assistant United States Attorney
312 North Spring Street
Los Angeles, California 90012

:   00

Initials of Preparer   ca

S:\PJW\Cases-Civil Rights\HAYS 3198\MO_objections to R&R.wpd