AO 88 (Rev. 07/10) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

**UNITED STATES DISTRICT COURT**
for the

NADINE HAYS
_____
Plaintiff
v.
TRANSPORTATION SECURITY ADMIN-
ISTRATION, ET AL
_____
Defendant

Civil Action No. CV 11-3198 DMG (PJW)

**SUBPOENA TO APPEAR AND TESTIFY**
**AT A HEARING OR TRIAL IN A CIVIL ACTION**

To: TANYA ATKINS

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: U.S. FEDERAL COURTHOUSE 312 N SPRING ST. LOS ANGELES, CA | Courtroom No.: 23 |
| --- | --- |
| | Date and Time: 8:30 - 2013 |

You must also bring with you the following documents, electronically stored information, or objects (blank if not applicable):
DRIVER'S LICENSE
SOCIAL SECURITY CARD
TSA I.D.

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Fed. R. Civ. P. 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: JUL 16 2013

CLERK OF COURT

SHEA BOURGEOIS
_____
Signature of Clerk or Deputy Clerk

OR

_____
Attorney's signature

The name, address, e-mail, and telephone number of the attorney representing (name of party) _____
who issues or requests this subpoena, are:

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: