UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADINE HAYS,<br><br>        Plaintiff,<br><br>    v.<br><br>TRANSPORTATION SECURITY ADMINISTRATION, et al.,<br><br>        Defendants. | Case No. CV 11-3198-DMG (PJW)<br><br>ORDER ACCEPTING FINAL REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, the records on file, and the Final Report and Recommendation of United States Magistrate Judge. The Court has engaged in a *de novo* review of those portions of the Report to which Plaintiff has objected. The Court accepts the Final Report and adopts it as its own findings and conclusions.

DATED: September 27, 2013

                                                   *[signature]*
                                                   DOLLY M. GEE
                                                   UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\LA11CV03198DMG(PJW)_Hays_Order.wpd