UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| NADINE HAYS, | ) Case No. CV 11-3198-DMG (PJW) |
|---|---|
| Plaintiff, | ) ORDER ACCEPTING REPORT RE: |
| | ) DEFENDANTS SETOUDEH, WALKER, BERG, |
| v. | ) AND DAUM'S MOTION TO DISMISS AND |
| | ) ADOPTING FINDINGS, CONCLUSIONS, |
| TRANSPORTATION SECURITY | ) AND RECOMMENDATIONS OF UNITED |
| ADMINISTRATION, et al., | ) STATES MAGISTRATE JUDGE |
| Defendants. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the motion to dismiss, the records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

IT IS THEREFORE ORDERED that the motion to dismiss of Defendants Setoudeh, Walker, Berg, and Daum is GRANTED with prejudice.

DATED: April 15, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE