UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADINE HAYS,<br><br>    Plaintiff,<br><br>    v.<br><br>TRANSPORTATION SECURITY ADMINISTRATION, et al.,<br><br>    Defendants. | Case No. CV 11-3198-DMG (PJW)<br><br>ORDER ACCEPTING REPORT RE: DEFENDANTS ALBARO AND GREEN'S MOTION FOR SUMMARY JUDGMENT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the motion for summary judgment, the records on file herein, and the Report and Recommendation of the United States Magistrate Judge.  Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections have been made.  The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

IT IS THEREFORE ORDERED that Defendants Albaro and Green's motion for summary judgment is granted.

DATED: July 22, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE