UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADINE HAYS, | Case No. CV 11-3198-DMG (PJW) |
| Plaintiff, | ORDER ACCEPTING FINAL REPORT RE: DEFENDANTS MORALES, FURGIVELE, AND KAKUMU, AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| TRANSPORTATION SECURITY ADMINISTRATION, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file herein and the Final Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

IT IS THEREFORE ORDERED that the claims against Defendants Morales, Furgivele, and Kakumu are dismissed and that the action is dismissed with prejudice.

DATED: December 30, 2014

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE