UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NADINE HAYS,                            ) Case No. CV 11-3198-DMG (PJW)
                                        )
                 Plaintiff,             ) J U D G M E N T
                                        )
        v.                              )
                                        )
TRANSPORTATION SECURITY                 )
ADMINISTRATION, et al.,                 )
                                        )
                 Defendants.            )
_____)

        Pursuant to the Order Accepting the Final Report and

Recommendation re: Defendants Morales, Furgivele, and Kakumu, and

Adopting Findings, Conclusions and Recommendations of the United

States Magistrate Judge,

        IT IS ADJUDGED that the action is dismissed with prejudice.


DATED: December 30, 2014

                                    _____
                                    DOLLY M. GEE
                                    UNITED STATES DISTRICT JUDGE