UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADINE HAYS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　Defendants. | CASE No. CV 11-3198-DMG (PJW)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER DISMISSING ACTION WITH PREJUDICE |

　　Before the Court is Plaintiff's third motion for reconsideration of the Court's order dismissing the action with prejudice.[1] [Doc. No. 332.] The Court rejected the first motion on the merits and struck the second motion on the ground that it was a repeat of the first. Plaintiff's third motion is brought on essentially identical grounds and is denied for the same reasons as the first. Plaintiff has not established that the Court made a mistake within the meaning of Federal Rule of Civil Procedure 60(b) when it dismissed her action with prejudice. *See Clark v. County of Tulare*, 755 F. Supp. 2d at

---

[1] Plaintiff captioned her motion, "Motion for a Modified Judgment So that Justice Can Be Served." Because she refers to Federal Rule of Civil Procedure 60(b) in the motion, the Court has liberally construed it as a motion for reconsideration. *See Estelle v. Gamble*, 429 U.S. 97, 106 (1976) (pleadings by *pro se* litigants are to be liberally construed).

1099 (disagreeing with the district court's initial order is not grounds for a motion for reconsideration, which should not be "used to ask the court to rethink what it has already thought"). Further, the Court has already denied Plaintiff's request to stay the execution of the judgment to allow her to complete discovery in other cases. That request is denied, again. The Court will not entertain any further requests for reconsideration.

IT IS SO ORDERED.

DATED: May 13, 2015

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

Presented by:

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

O:\ECF Ready\LA11CV03198DMG(PJW)_Hays_ord.wpd